*In re* **LEVINE**, Marc Erwin (MR 21333)
Northbrook, IL

Order of the Court:

The motion by Marc Erwin Levine to strike his name from the roll of attorneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective immediately.

*In re* **LOUTOS**, Peter Angelo (MR 21360)
Park Ridge, IL

Order of the Court:

The motion by Peter Angelo Loutos to strike his name from the roll of attorneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective February 5, 2004, the date of his interim suspension pursuant to Supreme Court Rule 761.